# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Anna Griffis,                          :
                    Petitioner         :          **CASES CONSOLIDATED**
                                       :
          v.                           :          No. 273 C.D. 2019
                                       :
Workers' Compensation Appeal Board     :
(Albert Einstein Healthcare Network),  :
                    Respondent         :

Albert Einstein Medical Center,        :
                    Petitioner         :
                                       :
          v.                           :          No. 280 C.D. 2019
                                       :
Workers' Compensation Appeal Board     :
(Griffis),                             :
                    Respondent         :


**PER CURIAM**                    **O R D E R**

NOW, September 3, 2020, upon consideration of Designated Respondent's application for reargument, and Designated Petitioner's answer in response thereto, the application is denied.